IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>INTEGRATED HEALTH SERVICES,<br>INC., *et al.*,<br><br>　　　　　　Debtors. | CHAPTER 11<br><br>CASE NO. 00-389 (MFW)<br>(Jointly Administered) |
| INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br>　　　　　　Plaintiff,<br>　　　　v.<br>INTEGRATED HEALTH SERVICES,<br>INC. and ABE BRIARWOOD CORP.,<br>　　　　　　Defendants. | C.A. No. 04-1262 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

　　Pursuant to Local Rule 83.5 and the attached certification, I, Marc S. Casarino, Esquire, a member of the bar of this Court, move the admission pro hac vice of Francis J. Deasey, Esquire with Deasey, Mahoney & Bender, Ltd., 1800 John F. Kennedy Boulevard, Suite 1300, Philadelphia, Pennsylvania, Phone No. (215) 587-9400, Facsimile No. (215) 587-9456 to represent Indemnity Insurance Company of North America in this action.

　　　　　　　　　　　　　　　　　　Marc S. Casarino (DE No. 3613)
　　　　　　　　　　　　　　　　　　824 North Market Street, Suite 902
　　　　　　　　　　　　　　　　　　P.O. Box 709
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0709
　　　　　　　　　　　　　　　　　　Telephone: (302) 467-4520
　　　　　　　　　　　　　　　　　　Facsimile: (302) 654-0245
　　　　　　　　　　　　　　　　　　Attorney for: Indemnity Insurance
Company
Dated 4/4/05　　　　　　　　　　　　　of North America

## ORDER GRANTING MOTION

　　IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the United States District Court of Delaware upon the filing of this Motion.

Francis J. Deasey, Esquire

Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103
Phone: (215) 587-9400
Facsimile: (215) 587-9456

(PA#25699)

Dated: 3-31-05