IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>INTEGRATED HEALTH SERVICES,<br>INC., *et al.*,<br><br>               Debtors.<br>_____<br><br>INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br>               Plaintiff,<br>            v.<br>INTEGRATED HEALTH SERVICES,<br>INC. and ABE BRIARWOOD CORP.,<br>               Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 11<br><br><br>CASE NO. 00-389 (MFW)<br>(Jointly Administered)<br><br><br><br><br><br><br><br><br>C.A. No. 04-1262 (GMS) |

**CERTIFICATE OF SERVICE**

      I, Marc S. Casarino, Esquire, certify that I am not less than 18 years of age, and that I caused service of the **Motion and Order for Admission Pro Hac Vice** to be made on April 5, 2005, to the following:

**VIA HAND DELIVERY:**
Alfred Villoch, III, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Arthur Steinberg, Esquire
Ana M. Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**VIA HAND DELIVERY:**
Frederick B. Rosen, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Abraham Backenroth, Esquire
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue
New York, NY 11023

| **VIA HAND DELIVERY:** | **VIA FIRST CLASS MAIL:** |
|---|---|
| Joanne B. Wilks, Esquire | Jenette A. Barrow-Bosshart, Esquire |
| Stephanie A. Fox, Esquire | Otterbourg Steindler Houston & Rosen PC |
| Klehr Harrison Harvey Branzburg | 230 Park Avenue |
| & Ellers LLP | New York, NY 10169 |
| 919 Market Street | |
| Suite 1000 | |
| Wilmington, DE 19801 | |

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated:  April 5, 2005           */s/ Marc S. Casarino*
                        Marc S. Casarino (#3613)