IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>        Debtors. | CHAPTER 11<br><br>CASE NO. 00-389 (MFW)<br>(Jointly Administered) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br>        Plaintiff,<br>v.<br>INTEGRATED HEALTH SERVICES, INC. and ABE BRIARWOOD CORP.,<br>        Defendants. | <br><br><br><br><br>C.A. No. 04-1262 (GMS) |

### CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire, certify that I am not less than 18 years of age, and that I caused service of the **Motion to Amend Complaint** to be made on April 18, 2005, to the following:

**VIA HAND DELIVERY:**
Alfred Villoch, III, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Arthur Steinberg, Esquire
Ana M. Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**VIA HAND DELIVERY:**
Frederick B. Rosen, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Abraham Backenroth, Esquire
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue
New York, NY 11023

**VIA HAND DELIVERY:**
Joanne B. Wilks, Esquire
Stephanie A. Fox, Esquire
Klehr Harrison Harvey Branzburg
& Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Jenette A. Barrow-Bosshart, Esquire
Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
New York, NY 10169

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 18, 2005

/s/ Marc S. Casarino
Marc S. Casarino (#3613)