IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., *et al.*, | ) ) ) | Case No. 00-00389 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| INDEMINITY INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1262 (GMS) |
| INTEGRATED HEALTH SERVICES, INC. and ABE BRIARWOOD CORP., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT ABE BRIARWOOD CORP.'S MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSE**

Defendant Abe Briarwood Corp., by and through its undersigned counsel, hereby moves for an extension of time to file a response to Motion to Amend Complaint, and in support thereof states as follows:

1. There are two (2) separate defendants in this adversary proceeding. Upon information and belief, Defendant Integrated Health Services, Inc. requested and received a short extension of time to respond to the Motion to Amend Complaint.

2. Defendant Abe Briarwood Corp. made a similar request which was denied by Plaintiff. Given that Briarwood continues to be in the process of reviewing the proposed nineteen (19) page amended complaint to determine whether the additional relief requested affects Briarwood's rights, Briarwood respectfully requests an extension of its time to respond to May 19, 2005.

#13255.1

WHEREFORE, Defendant moves for an extension of time, up to and including May 19, 2005 to file a response to the Motion and for such other and further relief as the Court deems just and proper.

Dated: May 12, 2005
       Wilmington, Delaware

                          **JASPAN SCHLESINGER HOFFMAN LLP**

                          By: /s/ *Frederick B. Rosner*
                               Frederick B. Rosner (No. 3995)
                               913 N. Market Street, 12th Floor
                               Wilmington, Delaware 19801
                               Telephone:   (302) 351-8000
                               Facsimile:   (302) 351-8010

                               Counsel to Abe Briarwood Corp.