IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., *et al.*, | ) ) | Case No. 00-00389 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| INDEMINITY INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| INTEGRATED HEALTH SERVICES, INC. and ABE BRIARWOOD CORP., | ) ) ) | |
| Defendants. | ) | C.A. No. 04-1262 (GMS) |

**ORDER GRANTING DEFENDANT'S MOTION FOR
EXTENSION OF TIMETO FILE RESPONSE**

Upon Defendant's Motion for Extension of Time to File a Response (the "Motion"); and it appearing that due and sufficient notice of the Motion has been given; and it appearing that no other or further notice need be given; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED, that the deadline for Defendant Abe Briarwood Corp. to file a response to Plaintiff's Motion to Amend Complaint in the above-captioned adversary proceeding is extended to, through and including May 19, 2005.

Dated: May ___, 2005

_____
United States District Court Judge

#13257.1