IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | CHAPTER 11 |
| INTEGRATED HEALTH SERVICES, INC., *et al.*, | ) ) ) ) | |
| Debtors. | ) ) ) | CASE NO. 00-389 (MFW) (Jointly Administered) |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| INTEGRATED HEALTH SERVICES, INC. and ABE BRIARWOOD CORP., | ) ) ) | C.A. No. 04-1262 (GMS) Regarding Docket Numbers 15, 16 |
| Defendants. | ) ) | |

**RESPONSE BY INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA TO DEFENDANT, ABE BRIARWOOD
CORP.'S MOTION FOR AN EXTENSION TO FILE A RESPONSE**

Plaintiff, Indemnity Insurance Company of North America ("**IICNA**"), by its attorneys, responds to defendant, Abe Briarwood Corp.'s Motion For An Extension To File A Response (the "**Motion**"), as follows:

1. On April 18, 2005, IICNA filed its Motion to Amend Complaint (the "**Motion to Amend**") (DI 15). Attached to the Motion to Amend was a blacklined version of the proposed Amended Complaint clearly delineating its changes from the original Complaint.

2. The deadline to respond to the Motion to Amend was May 2, 2005. Defendant, Abe Briarwood Corp. ("**Briarwood**") did not respond to the Motion to Amend by the deadline.

3.      On May 12, 2005, Briarwood filed the untimely Motion seeking an extension of time to respond to the Motion to Amend until May 19, 2005 (DI 16).  Briarwood alleges that it needs more time to consider "the proposed nineteen (19) page amended complaint to determine whether the additional relief required affects Briarwood's rights."  Motion, ¶2.  Briarwood has now had over 36 days to consider the proposed Amended Complaint and, despite its May 19th self-extended deadline, still has not filed a response to the Motion to Amend.[1]

4.      Briarwood's delay in responding is inexcusable.  As such, Briarwood should be deemed to have waived any right to oppose the Motion to Amend.

**WHEREFORE**, Indemnity Insurance Company of North America, respectfully requests entry of an order in the form attached; and for any other relief as the Court deems appropriate.

Dated: May 31, 2005                    Respectfully submitted,

                                       WHITE AND WILLIAMS LLP

                                        /s/ Marc S. Casarino
                                       Christian J. Singewald (No. 3542)
                                       Marc S. Casarino (No. 3613)
                                       824 N. Market Street, Suite 902
                                       P.O. Box 709
                                       Wilmington, DE 19899-0709
                                       Telephone: (302) 467-4510
                                       Telecopier: (302) 467-4547
                                       casarinom@whiteandwilliams.com

                                                   and

                                       Leonard P. Goldberger
                                       (Member of the PA Bar)
                                       1800 One Liberty Place
                                       Philadelphia, PA   19103
                                       Telephone:  (215) 864-7000
                                       Telecopier: (215) 864-7123

---

[1] At this rate, Briarwood has had over 2 days to consider each page of the proposed Amended Complaint, many of which contained no revisions whatsoever.

and

Francis J. Deasey, Esquire
Gerald J. Valentini, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA   19103
Telephone:  (215) 587-9400
Telecopier:  (215) 587-9456

Attorneys for *Indemnity Insurance
Company of North America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| **INTEGRATED HEALTH SERVICES, INC.**, *et al.*, | ) ) ) | |
| | ) | **CASE NO. 00-389 (MFW)** |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| **INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **INTEGRATED HEALTH SERVICES, INC. and ABE BRIARWOOD CORP.,** | ) ) ) | **C.A. No. 04-1262 (GMS)** |
| | ) | **Regarding Docket Numbers 15, 16** |
| Defendants. | ) ) | |

## ORDER

AND NOW, having duly considered Indemnity Insurance Company of North America's ("**IICNA**") Response to Defendant, Abe Briarwood Corp.'s Motion For An Extension To File A Response; and good cause appearing for the relief requested,

IT IS ORDERED, that defendant, Abe Briarwood Corp. is hereby precluded from presenting any opposition to the relief sought in IICNA's Motion to Amend Complaint (DI 15).

Dated: _____

Hon. Gregory M. Sleet
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) <br> ) <br> **INTEGRATED HEALTH SERVICES,** ) <br> **INC.,** *et al.*, ) <br> ) <br>          Debtors. ) <br> ) | **CHAPTER 11** <br><br> **CASE NO. 00-389 (MFW)** <br> **(Jointly Administered)** |
| **INDEMNITY INSURANCE COMPANY** ) <br> **OF NORTH AMERICA,** ) <br> ) <br>          Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **INTEGRATED HEALTH SERVICES,** ) <br> **INC. and ABE BRIARWOOD CORP.,** ) <br> ) <br>          Defendants. ) | **C.A. No. 04-1262 (GMS)** <br> **Regarding Docket Numbers 15, 16** |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, certify that the foregoing **Response by Indemnity Insurance Company of North America to Defendant, Abe Briarwood Corp.'s Motion for an Extension to File a Response** was served on May 31, 2005, on all parties listed on the electronic service list and to the following individuals in the manner so indicated:

**VIA HAND DELIVERY:**
Joseph M. Barry, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Arthur Steinberg, Esquire
Ana M. Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

DOCS_DE 111402v2

-2-

**VIA HAND DELIVERY:**
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Abraham Backenroth, Esquire
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue
New York, NY 11023

**VIA HAND DELIVERY:**
Joanne B. Wilks, Esquire
Stephanie A. Fox, Esquire
Klehr Harrison Harvey Branzburg
 & Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
Jenette A. Barrow-Bosshart, Esquire
Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
New York, NY 10169

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 31, 2005

*/s/ Marc S. Casarino*
Marc S. Casarino (#3613)