IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | Bankr. Case. No. 00-389 (MFW) |
| ) | |
| Debtors ) | (Jointly Administered) |
| ) | |
| ) | |
| INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-1262 GMS |
| ) | |
| v. ) | Adversary Proceeding No. 03-55550 |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC. and ABE BRIARWOOD CORP., ) | |
| ) | |
| Defendants. ) | |

### ORDER

WHEREAS, on September 14, 2004, Indemnity Insurance Company of North America ("IICNA") filed a motion to withdraw the reference from the Bankruptcy Court in this adversary proceeding;

WHEREAS, on December 2, 2004, the court granted IICNA's motion to withdraw the reference;

WHEREAS, on April 18, 2005, IICNA filed a Motion to Amend the Complaint (D.I. 15);

WHEREAS, pursuant to the District of Delaware Local Rule 7.1.2(a) (1995), an answer to IICNA's motion was due on May 2, 2005, but neither Abe Briarwood Corporation ("Briarwood") nor Integrated Health Services, Inc. ("IHS") filed an answer to the motion on that date;

WHEREAS, on May 12, 2005, Briarwood filed a Motion for Extension of Time to File a Response to the Motion to Amend the Complaint (D.I. 16), requesting the court to extend its time to respond to IICNA's motion to amend to May 19, 2005, in order to complete its review of the proposed nineteen page amended complaint;

WHEREAS, on May 19, 2005, Briarwood did not file a response to IICNA's motion;

WHEREAS, as of the date of this Order, neither Briarwood nor IHS have filed a response to the motion;

WHEREAS, on May 31, 2005, IICNA filed a response (D.I. 19) to Briarwood's motion to extend time;

WHEREAS, the response contends that Briarwood's delay in responding to the motion to amend is "inexcusable" and, therefore, Briarwood should be deemed to have waived any right to oppose the motion to amend;

WHEREAS, pursuant to Federal Rule of Civil Procedure 6(b), which governs enlargement requests, it is within the court's discretion "upon motion made after the expiration of the specified period [to respond to] permit the act to be done where the failure to act was the result of excusable neglect;"[1] and

WHEREAS, after having considered the parties' submissions, the court concludes that both Briarwood and IHS have waived their rights to oppose IICNA's motion because their delay in responding is inexcusable;

---

[1] Fed. R. Civ. P. 6(b).

IT IS HEREBY ORDERED that:

1. Briarwood's Motion for Extension of Time to File a Response to the Motion to Amend the Complaint (D.I. 16) is DENIED.

2. Briarwood and IHS have waived any right to oppose IICNA's motion to amend.

Dated: February 6, 2006

UNITED STATES DISTRICT JUDGE