IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | Bankr. Case. No. 00-389 (MFW) |
| ) | |
| Debtors ) | (Jointly Administered) |
| ) | |
| ) | |
| INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-1262 GMS |
| ) | |
| v. ) | Adversary Proceeding No. 03-55550 |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC. and ABE BRIARWOOD CORP., ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, on September 14, 2004, Indemnity Insurance Company of North America ("IICNA") filed a motion to withdraw the reference from the Bankruptcy Court in this adversary proceeding;

WHEREAS, on December 2, 2004, the court granted IICNA's motion to withdraw the reference;

WHEREAS, on April 18, 2005, IICNA filed a Motion to Amend the Complaint (D.I. 15);

WHEREAS, on May 13, 2005, IHS Liquidating LLC (the "Liquidating LLC") filed a motion to intervene in this proceeding to respond to IICNA's motion to amend (D.I. 17), and a response addressing the merits of the motion (D.I. 17);

WHEREAS, on May 27, 2005, IICNA filed a response (D.I. 18) asserting that it does not oppose to the Liquidating LLC's intervention as a party;

WHEREAS, on June 7, 2005, the Liquidating LLC filed a motion for leave to file a reply to IICNA's response (D.I. 20); and

WHEREAS, the motion asserts that IICNA does not oppose the relief sought in the motion;

IT IS HEREBY ORDERED that:

1. The Liquidating LLC's Motion to Intervene (D.I. 17) is GRANTED.

2. The Liquidating LLC's Motion for Leave to File a Reply (D.I. 20) is GRANTED.

3. The Liquidating LLC's response to IICNA's motion to amend is deemed filed, as the response is attached to its motion to intervene.

4. The Liquidating LLC's reply is deemed filed, as the reply is attached to its motion for leave to file a reply.

Dated: February 8, 2006

UNITED STATES DISTRICT JUDGE