IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Integrated Health Services, Inc., *et al.*,<br><br>       Debtors. | Bankruptcy Case No. 00-389 (MFW)<br>(Chapter 11) |
| Indemnity Insurance Company of North America,<br><br>       Plaintiff,<br><br>v.<br><br>Integrated Health Services, Inc., and ABE Briarwood Corp.,<br><br>       Defendants. | C.A. No. 04-1262 (GMS) |

### ORDER

    WHEREAS on April 18, 2005, the Plaintiff filed a motion to amend its complaint (D.I. 15);

    WHEREAS on May 6, 2005, Adversary Proceeding No. 05-51318 was filed in Bankruptcy Case No. 00-389 by a non-party to the present action;

    WHEREAS the subject matter of the proposed amendment is substantially identical to the subject matter of Adversary Proceeding No. 05-51318;

    WHEREAS, along with its motion to amend, the Plaintiff seeks to withdraw Adversary Proceeding No. 05-51318 and consolidate the withdrawn proceeding with the present action; and

    WHEREAS it is the standard practice of this court to withdraw the automatic reference to the bankruptcy court upon a party's request.

IT IS HEREBY ORDERED THAT:

1.    The Plaintiff's motion to amend (D.I. 15) be GRANTED;

2.    Adversary Proceeding No. 05-51318 be WITHDRAWN from the bankruptcy court; and

3.  The withdrawn adversary proceeding be CONSOLIDATED with this action.


Dated: March  29 , 2006

_____
UNITED STATES DISTRICT JUDGE