IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1262 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., And ABE BRIARWOOD CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Marc S. Casarino, Esquire, as attorney for the Plaintiff, Indemnity Insurance Company of North America, and

**PLEASE ENTER** the appearance of Benjamin C. Wetzel, III, Esquire and Natalie M. Ippolito, Esquire, as attorneys for the Plaintiff, Indemnity Insurance Company of North America, in the above-referenced matter.

| WHITE AND WILLIAMS, LLP | WETZEL & ASSOCIATES, P.A. |
|---|---|
| /s/Marc S. Casarino, Esq. | /s/ Benjamin C. Wetzel, III |
| Marc S. Casarino, Esq. (#3613) | Benjamin C. Wetzel, Esq. (#985) |
| 824 N. Market Street, Suite 902 | Natalie M. Ippolito, Esq. (#3845) |
| P.O. Box 709 | 1100 N. Grant Avenue, Suite 201 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19805 |
| casarinom@whiteand Williams.com | nippolito@wetzellaw.com |
| (302) 467-4520 | (302) 652-1200 |

# **CERTIFICATE OF SERVICE**

      I, Benjamin C. Wetzel, III, certify that the foregoing Notice of Substitution of Counsel was served on October 31, 2006 on the following individuals via electronic filing:

Marc S. Casarino, Esquire
White and Williams, LLP
824 N. Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
17th Floor
1000 West Street
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street, 12th floor
Wilmington, DE 19801

                WETZEL & ASSOCIATES, P.A.

                /s/ Benjamin C. Wetzel, III
                Benjamin C. Wetzel, III
                ID No. 985
                Natalie M. Ippolito
                ID No. 3845he Carriage House, Suite 201
                1100 North Grant Avenue
                Wilmington, DE 19805
                (302) 652-1200
                nippolito@wetzellaw.com
                *Attorney for Defendant Indemnity*
                *Insurance Company of North America*